| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DeMoss, Jr., Harold R. | U.S. 5th Cir. Ct of Appeals | 05/13/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge -Senior | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

**7. Chambers or Office Address**

U.S. Courthouse
515 Rusk, Suite 12015
Houston, Texas 77002

**8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**

Reviewing Officer_____ Date_____

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Board of Trustees, Open Door Mission |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DeMoss, Jr., Harold R.

| Name of Person Reporting | Date of Report |
|---|---|
| DeMoss, Jr., Harold R. | 05/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Taxable IRA distribution from Raymond James | $50,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeMoss, Jr., Harold R. | 05/13/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeMoss, Jr., Harold R. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Raymond James Trustee for IRA -See assets 2-24 | | | | | | | | | |
| 2. INVESCO CHARTER FUND | A | Dividend | M | T | Sold (part) | 06/02/10 | J | | |
| 3. | | | | | Sold (part) | 07/01/10 | J | | |
| 4. | | | | | Sold (part) | 08/02/10 | J | | |
| 5. | | | | | Sold (part) | 09/01/10 | J | | |
| 6. | | | | | Sold (part) | 10/01/10 | J | | |
| 7. | | | | | Sold (part) | 11/01/10 | J | | |
| 8. | | | | | Sold (part) | 12/01/10 | J | | |
| 9. INVESCO GOVERNMENT FUND | B | Dividend | L | T | | | | | |
| 10. DWS CorePlus | A | Dividend | | | Sold (part) | 01/05/10 | J | | |
| 11. | | | | | Sold (part) | 02/02/10 | J | | |
| 12. | | | | | Sold (part) | 03/03/10 | J | | |
| 13. | | | | | Sold (part) | 04/05/10 | J | | |
| 14. | | | | | Sold (part) | 05/04/10 | J | | |
| 15. | | | | | Sold | 06/01/10 | J | | |
| 16. DWS Strategic Gov Sec Fund | B | Dividend | K | T | | | | | |
| 17. DWS HIGH INCOME A | D | Dividend | M | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DWS Strategic Value Fund | A | Dividend | | | Sold | 08/19/10 | L | | |
| 19. COHEN & STEERS | C | Dividend | L | T | | | | | |
| 20. NATIONAL RETAIL PROPERTIES | C | Dividend | K | T | | | | | |
| 21. Kraft Foods, Inc. | A | Dividend | K | T | Buy | 08/19/10 | K | | |
| 22. Verizon Communications, Inc. | A | Dividend | K | T | Buy | 08/19/10 | K | | |
| 23. Kinder Morgan Energy Partners UT LTD Partner | A | Dividend | K | T | Buy | 08/19/10 | K | | |
| 24. R.J. Bank Deposit | A | Distribution | J | T | | | | | |
| 25. Northern Trust Co | A | Interest | J | T | | | | | |
| 26. Well Fargo Bank | A | Interest | J | T | | | | | |
| 27. Sowell 693, Ltd | | None | J | T | | | | | |
| 28. Sunoco, Inc. | A | Royalty | J | T | | | | | |
| 29. Devon Energy Operating Co. | A | Royalty | J | T | | | | | |
| 30. Anadarko Petroleum | B | Royalty | J | T | | | | | |
| 31. Prudential Ins. of America | A | Interest | J | T | | | | | |
| 32. Amegy Bank of Texas | A | Interest | | | Redeemed | 01/04/10 | L | B | |
| 33. Raymond James Trustee for Broker Acct 1 - See assets 34-38 | | | | | | | | | |
| 34. Cap Wrld Gwth &Incm | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R = Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeMoss, Jr., Harold R. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Bond Fd of America | B | Dividend | L | T | | | | | |
| 36. Gwth Fd of America | A | Dividend | L | T | Distributed (part) | 11/19/10 | J | | |
| 37. Income Fd of America | C | Dividend | L | T | | | | | |
| 38. R.J. Bank Deposit | A | Distribution | J | T | | | J | | |
| 39. Raymond James Trustee for Broker Acct II - See assets 40-48 | | | | | | | | | |
| 40. AT&T | A | Dividend | J | T | | | | | |
| 41. NEXTERA ENERGY | A | Dividend | J | T | | | | | |
| 42. Hewlett Packard Co. | A | Dividend | J | T | | | | | |
| 43. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 44. Procter & Gamble Co | A | Distribution | J | T | | | | | |
| 45. Weingarten Rlty Invs Sh Ben Int Reit | A | Dividend | J | T | | | | | |
| 46. CAP WRLD GRTH & INCM | A | Dividend | J | T | | | | | |
| 47. R.J. Bank Acct | A | Distribution | J | T | | | | | |
| 48. Growth Fund of America | A | Dividend | J | T | Spinoff (from line 50) | 11/19/10 | J | | |
| 49. Raymond James IRA Account II-See assets 50-51 | | | | | | | | | |
| 50. Growth Fund of America | A | Dividend | J | T | Distributed (part) | 11/19/10 | J | | |
| 51. R.J. Bank Deposit | A | Distribution | J | T | Open | 11/19/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R = Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V = Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeMoss, Jr., Harold R. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Security Life of Denver Ins. Co.: Universal Life Policy | C | Interest | M | T | | | | | |
| 53. Raymond James Trustee for Broker Acct III- See Assets 54-57 | | | | | | | | | |
| 54. El Paso County CO CTF PARTN | A | Interest | K | T | Buy | 01/07/10 | K | | |
| 55. Kentucky Asset/Liability Commn Agy Fund | B | Interest | K | T | Buy | 01/07/10 | K | | |
| 56. Nueces River Auth TX Water Supply | B | Interest | K | T | Buy | 01/07/10 | K | | |
| 57. R.J. Bank Deposit | A | Distribution | J | T | Open | 01/07/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R = Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V - Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. The organization indicated in Part I. Positions is a non-profit charitable organization and Judge DeMoss is not an "income beneficiary" of this organization.

Part VII. The asset shown on Line 2 was formerly known as Raymond James IRA AIM CHARTER. The name change occurred on 4/30/10.
The asset shown on Line 3 was formerly known as AIM U.S. Government Fund. The name change occurred on 4/30/10.
The asset shown on Line 38 was opened on 4/01/09 as a result of the redemption of the asset shown and reported on Line 26 of the 2009 FDR but was inadvertantly omitted in that report.
The asset shown on Line 41 was formerly known as FPL Group. The name change occurred on 6/3/10.
The account shown on Line 53 is a new account and was opened on 1/7/10.

| Name of Person Reporting | Date of Report |
|---|---|
| DeMoss, Jr., Harold R. | 05/13/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Harold R. DeMoss, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544